### *In re* SCHWARTZ'S WILL.

*(Surrogate's Court, Kings County.　June, 1888.)*

CHARITIES—SUPERSTITIOUS USES.

A direction in a will to the executor to expend a certain sum in having masses read for the repose of the testator's soul is invalid.[1]　Following *Holland* v. *Alcock,* (N. Y.) 16 N. E. Rep. 305.

Application for the probate of the will of Anna E. Schwartz, deceased, by Joseph Bruder, named in the will as sole executor.　John Schwartz and another contest.

*Henry Fuehrer*, for petitioner.　*Edward P. Schell*, for contestants.

LOTT, S.　In this proceeding I am required to pass upon the validity of the following clause of the will of decedent: "I hereby direct that my executor hereinafter named to have masses read for the repose of my soul, for which I direct him to expend the sum of five hundred dollars."　I am constrained by the decision of the court of appeals in the case of *Holland* v. *Alcock*, 108 N. Y. 312, 16 N. E. Rep. 305, to determine this disposition to be invalid.